IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LITTLEOUCHIES COMPANY, *et al.* | ) | CASE NO. _____ |
| | ) | |
| Plaintiffs | ) | JUDGE _____ |
| | ) | |
| v. | ) | |
| | ) | VERIFICATION OF PLAINTIFFS' |
| KATHERINE JOY FREDERICK, *et al.* | ) | COMPLAINT IN SUPPORT OF |
| | ) | PLAINTIFFS' MOTION FOR |
| Defendants. | ) | TEMPORARY RESTRAINING ORDER |
| | ) | |

Pursuant to Federal Civil Rule 65(b)(1)(A), Plaintiffs LittleOuchies Company and Craig Butrick submit the following Verification of Plaintiffs' Complaint in support of Plaintiffs' Motion for Temporary Restraining Order:

Plaintiff Craig Butrick ("Mr. Butrick"), President of Plaintiff LittleOuchies Company ("LittleOuchies" or the "Company"), hereby verifies under penalty of perjury pursuant to 28 U.S.C. § 1746 that he and LittleOuchies are the plaintiffs in the above-captioned action, that he is President of LittleOuchies, that he has read the Verified Complaint filed in the above-captioned action, and that the factual allegations set forth therein are true and correct to the best of his and the Company's knowledge, information and belief.

Dated: November 14, 2025

LITTLEOUCHIES COMPANY      -and-      _____
By: Craig Butrick, President                        Craig Butrick

_____