**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LITTLEOUCHIES COMPANY, *et al.* | ) | CASE NO. 1:25-CV-02488 |
| | ) | |
| Plaintiffs, | ) | JUDGE DONALD N. NUGENT |
| | ) | |
| v. | ) | |
| | ) | DECLARATION OF CRAIG BUTRICK |
| KATHERINE JOY FREDERICK, *et al.* | ) | IN SUPPORT OF PLAINTIFFS' |
| | ) | EMERGENCY MOTION FOR |
| Defendants. | ) | TEMPORARY RESTRAINING ORDER |

I, CRAIG BUTRICK, hereby declare as follows:

1.      I am a resident of the State of Ohio.

2.      I am the founder, President and sole Director of LittleOuchies Company ("LittleOuchies" or the "Company"), and I own 80% of the shares in the Company.

3.      LittleOuchies and I are the plaintiffs in the captioned case, and I am submitting this Declaration in support of Plaintiffs' Emergency Motion for Temporary Restraining Order against Defendants Katherine Joy Frederick ("Kat"), Lewis Smith ("Lewis") and Logan Robinson ("Logan") (together, "Defendants").

4.      I know the facts stated in this Declaration based on my personal knowledge and my review of Company documents, and I could testify competently to them if called as a witness.

5.      I brought this action because Kat, Lewis and Logan worked together to steal the LittleOuchies, including tens of thousands of dollars taken without authority from Company bank accounts and virtually all the manufacturing equipment, computers, documents, digital data and other property the business needs to function. They also stole my login credentials, passwords and administrator rights to the Company's online accounts through which LittleOuchies' business is

run and where all business records are kept and used their stolen access to secretly change my passwords and lock me out of the business I started, they went into business together using new companies they started while they were raiding LittleOuchies, and they took other actions that shut the business down and harmed (and continue to harm) the Company.

6.      In 2024, I designed a quiet, easy-to-use "stim" device called a "Little Ouchie" for people with autism and other neurodivergent conditions to use to self-regulate quietly, discretely and without causing self-harm; and I started the LittleOuchies business to market and sell the product, operating it at first through Orion Technical Solutions LLC ("Orion LLC"), a company that I wholly own and formed in 2016. Screenshots of the LittleOuchies website are attached as Exhibit B1.

7.      LittleOuchies is an e-commerce business. Customers purchase our products either on our TikTok Shop account or directly from us on the LittleOuchies website.

8.      When I started the business, sales proceeds from the website purchases were processed by Shopify and deposited into the Orion LLC bank account, and TikTok Shop processed the TikTok Shop purchases and deposited those sales proceeds into the same account. In addition to the Shopify and TikTok Shop accounts I set up, I also set up business accounts with TikTok (to post videos and memes to advertise and market LittleOuchies and its products), Google Workspace (the cloud account where all LittleOuchies documents and records are stored), and Gmail for all business-related emails. I had sole administrator access and rights to all the business accounts, and I was and still am the sole authorized signatory on the Orion LLC bank account.

9.      By Spring 2025, I had a number of people working for LittleOuchies, and the Company had sales between $3,000 and $5,000 per day.

2

10.     In April 2025, I hired Kat to manage financial and business matters and appointed her Vice President, and she was issued shares representing a 20% interest in the business.

11.     In May 2025, I restructured the business so that all sales proceeds were deposited into a new bank account in the name of LittleOuchies Company, or they continued to go to the Orion LLC account until the TikTok Shop, Google and other online business accounts could be moved over to LittleOuchies Company, and I would transfer money from the Orion LLC bank account to the LittleOuchies bank account as needed.

12.     In the restructure, all the business property, assets and accounts were owned by LittleOuchies and operations and operational expenses were handled by a new company I formed for that purpose (Radiant Mind Company) which Kat and I owned on the same 80/20 split as LittleOuchies. Kat was granted limited administrator rights to the Company's online accounts, and she was made a signatory on the new LittleOuchies and Radiant Mind bank accounts and on the bank accounts of two other new companies I formed to eventually handle discrete aspects of the LittleOuchies business (Tactical Mind and Body Inc., and Orion Studio Inc.).

13.     The opening amounts in each of the four new bank accounts were transfers I made from the Orion LLC bank account.

14.     Effective November 14, 2025, Radiant Mind, Tactical Mind and Orion Inc. were merged into LittleOuchies, and the LittleOuchies business is being run entirely through that one entity.

15.     In September 2025, I learned that Kat, without authorization, had secretly taken substantial amounts of Company funds from Company bank accounts, transferring them either outright to herself or to her own bank account. Financial records showing her unauthorized payments and transfers to herself from Company bank accounts are attached as Exhibit B2.

16.     On September 14, 2025 (after discovering that and some other wrongful conduct), I terminated Kat's employment, removed her as Vice President and expressly revoked all authority she had been granted to access Company accounts and to act for or on behalf of the Company. A copy of the termination notice I sent her is attached as Exhibit B3.

17.     Two weeks later (on September 29, 2025), Kat was allowed to come back to work and resume her role as Vice President based on assurances that she had not intended to steal Company money, would do her job as assigned and would not engage in any more unauthorized actions.

18.     Four days after she was allowed back into the Company (on October 3, 2025), Kat and her helpers used Company computers to get ahold of my personal login credentials and password and they used them, without my knowledge or permission, to steal my primary administrator rights to the Company's Google Workspace account by transferring them from my craig@littlouchies.com account to her kat@littlouchies.com account. I did not authorize any of them to access and use my passwords and login credentials, or to transfer my primary administrator rights to Kat, and they exceeded the limited authority they had to use Company computers, and Kat exceeded the limited rights over the Google account that she had been granted. Screenshots showing the Google account intrusion and takeover are attached as Exhibit B4.

19.     Kat subsequently used the stolen primary administrator rights on the Google account to limit my administrator rights and, later, to completely revoke them; and she eventually changed the login credentials to the craig@littlouchies.com account (without my permission and without telling me the new credentials) so I could no longer access the Google account or the Gmail account or any of the Company documents, records, digital data and emails (including emails sent to me); and because Kat stole my administrator rights and took unauthorized control

4

over those accounts, I could not restore my administrator rights or regain access to those Company accounts.

20.     On October 3, 2025, Kat (with Lewis helping her) also tried to take control over the Shopify account. Responding to requests to their change my Shopify password (which I did not know about and did not authorize or approve), Shopify sent me several text alerts as part of the two-factor authentication system I had set up on that account. A few minutes later, Lewis texted me asking for the authentication code that Shopify had texted to me, which they needed so they could complete the unauthorized password-change they had initiated. I offered to help restore his permitted access to the Shopify account (which he declined), but I did not send him the authentication code and, instead, logged into the account and changed my password to protect my access and administrator rights to that account. A copy of the Shopify text alerts to me is attached as Exhibit B5, and a copy of Lewis' text to me is attached as Exhibit B6.

21.     Then, on October 4, 2025, I discovered that Kat (without authority) went ahead and changed the email account registered to the Shopify account from my email (craig@littleouchies.com) to hers (kat@littleouchies.com). Copies of the Shopify document showing that change is attached as Exhibit B7.

22.     On October 3, 2025, I changed my Google password for craig@littleouchies.com and backed up the existing emails on that account to my phone, but after October 24 when Kat used her stolen administrator rights to change (without authority) my login credentials to my craig@littleouchies.com account, I could no longer access or use the account or get new emails being sent to me there, or save old emails to and from me that I had not already downloaded.

23.     I received Shopify's reset email-alerts to me and the Google's primary-administrator-change emails to me and saved them by downloading them to my phone before Kat

5

changed the login credentials to my craig@littleouchies.com account and deprived me of access to it; and when I still had access to my account (and after I had saved those email-alerts to my phone), I saw that those emails, as well as others to and from me, had been permanently deleted from my account by the account administrator (by then, Kat) by intentionally "double deleting" them from my "inbox" (first) and then from my "trash" folder.

24.      Kat succeeded in taking over the Company's TikTok and TikTok Shop accounts by using my login credentials and passwords without authority to gain access and then using her stolen access to lock me out of those accounts and misdirect all TikTok Shop revenue to a non-LittleOuchies bank account that she controls – completely cutting off LittleOuchies' primary revenue stream. Attached as Exhibit B8 are the emails and texts I received showing Kat's intrusion and take-over of those accounts.

25.      For several weeks, we sent multiple demands to Kat to restore my unrestricted access and full administrator rights to Company accounts, but she strung me (and her lawyers) along with lies that she either already had done so or was about to; and a few times she used her stolen administrator rights to allow me limited access to an account and, a short time later, would revoke my access again. Ultimately, she took control over all of the Company's online and e-commerce accounts (except for Shopify, which I had been able to fend off).

26.      I tried to remove her from the four Company bank accounts, but the banks refused, so on October 15, 2025,  I moved some of the funds in the existing LittleOuchies bank account at Chase to a new LittleOuchies account at Bank of America to preserve them because Kat still had access and was still stealing Company money. A copy of the LittleOuchies Bank of America statement showing my deposit of Company funds into the Company's Bank of America account is attached as Exhibit B9.

27.    But, the very next day (October 16, 2025), Kat cleaned out the four Company bank accounts she could still access. Copies of Company bank statements showing Kat's 10/16/2025 theft of Company funds are attached as Exhibit B10.

28.    On October 17, 2025, Kat used the administrator rights on the Gamil account that she stole from me to change the domain name in my LittleOuchies email to "spam." Attached as Exhibit B11 is the response I received when I tried to log into my email account.

29.    Demands to Kat that she immediately return the Company money and the login credentials and administrator rights she had stolen were again ignored or refused. Instead, Kat said she would simply buy me out of my own business (much of which she already had stolen) and proposed "take it or leave it" terms that significantly devalued my interest in the Company.

30.    On October 28, 2025, I received a call from the Company's landlord demanding to know why the Company was moving and was breaking the lease. I immediately went to the LittleOuchies offices and saw that (while I was on leave) they had been stripped and were completely bare – all the manufacturing equipment, computers, printers, raw materials, shipping labels, office furniture and other property were gone, including 3D printers and other items that belong personally to me. Management and maintenance staff said that Kat had the door locks changed the preceding week (while I was on leave) and told them the business was moving, and "LittleOuchies" had been removed from the building business directories. There were no signs of forced entry into any of the LittleOuchies office suites, and the freight elevator operator positively identified Kat as the person directing the "move-out." There was unopened mail to the Company in the building mailroom dated October 22, 2025, which apparently had been sitting there for days (photos of that letter are attached as Exhibit B12), and two unopened letters from the I.R.S.

acknowledging receipt of Kat's prior notice that the Company was moving and its mail should no longer be sent there (photos of those letters are attached as <u>Exhibit B13</u>).

31.     One of Kat's responsibilities had been to get property and business insurance for the Company, but she failed to do that, so the stolen property, computer hacks and business losses are not covered by insurance.

32.     On October 28, 2025, we demanded that Kat immediately return everything she stole – the stolen tangible property, as well as the stolen administrator rights, accounts, passcodes and digital data. She refused. Written requests for information about the stolen property's whereabouts to Lewis, Logan and other former Company employees who almost certainly had helped her were likewise ignored.

33.     On October 29, 2025, Kat's lawyers quit after we told them what she had done; and Kat will not tell me where the stolen property is or return the money she stole or release the Company accounts unless we pay her money to buy out her interest in the Company.

34.     On October 28 and 29, 2025 – the same days that we told her lawyers about the office theft and the lawyers quit – Kat, Lewis and Logan formed two new companies (Havna Brands LLC and Havna Group, LLC) and have gone into business together.

35.     On November 4, 2025, I again implored Kat to voluntarily return the stolen property, money and accounts. A copy of my email to her is attached as <u>Exhibit B14</u>. That demand, like the others, was refused.

36.     Since all this happened, I have been doing all that I reasonably can to keep the business afloat, convince Kat and those who helped her to voluntarily return the property, money and accounts they stole, and avoid having to resort to litigation. But, she and they refuse; and I do not know how or if the business can survive much longer without the things they took and refuse

to return, including our primary sales channel. In addition, they continue to control and misuse Company assets and resources that they illegally obtained; the Company records and digital data they stole and accounts they hijacked stole are needed before they go stale; our customer and business relationships have been damaged and are seriously at risk; and we cannot protect our assets from dissipation while they remain in Defendants' possession and control.

37.      The Company's bank records show that the total amount of cash Kat stole from the Company is at least $80,000.00. Financial records showing the dates and amounts of her identifiable unauthorized transactions are attached as Exhibit B2.

38.      The equipment and property stolen from the LittleOuchies offices cost around $100,000 – and will likely cost even more to replace due to current economic conditions. Documents and receipts showing my purchases of my personal property that was stolen are attached as Exhibit B15; and attached as Exhibit B16 is the documentation I was able to gather concerning the Company's stolen property, but most of those receipts and proofs of purchase are in the Google cloud account that Kat completely controls and I cannot access.

39.      LittleOuchies has received a number of bad reviews because, without our equipment and raw material, we cannot fulfill open orders and, without access to the TikTok Shop account, we cannot even identify the customers who ordered and paid for product – sales proceeds that Kat stole when she cleaned out the Company accounts and used her stolen administrator access to misdirect TikTok Shop revenue to some unknown account she controls.

40.      The bad reviews have a direct negative impact on the business – both its viability and its growth potential. A high TikTok Shop rating strongly influences consumers when they make purchasing decisions. It took us more than a year to build up manufacturing capacity and earn our high rating; and that rating will be downgraded by the bad customer reviews that already

have been posted and will continue to be posted if we cannot fulfill open orders, or if we cannot take new orders, or if we cannot fill our TikTok Shop with inventory because Kat and her helpers stole and tried to destroy our ability to manufacture product and operate the business.

41.     Our lost TikTok Shop sales to date exceed $50,000, and that revenue has completely dried up because we cannot sell product without the stolen equipment and material we need to manufacture it – and even if we somehow could, Kat has misdirected the sales proceeds to an unknown bank account that she personally controls. Without my administrator rights and access to that account, we cannot even identify the customers who have open orders with us that they expect to be filled because they already paid for the purchases.

42.     The situation is particularly dire and urgent because 30-40% of our annual revenue is derived during the holiday-shopping season, especially during the several weeks before and after Black Friday, which is now. Once the shopping season is over, our opportunity to make those sales is forever lost; and once our customers buy similar products from other manufacturers, we lose market share, return customers and the goodwill that it took us more than a year to build.

*I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information and belief.*

Dated: November _17_, 2025        _____

                                  CRAIG BUTRICK

EXHIBIT
**B1**

SHOP ALL ⌄    ABOUT US    HOW TO USE



United States | USD $ ⌄    🔍  👤  🛒




NEW PRODUCTS
NOT YOUR AVERAGE STIM TOOLS

GRIPPIE ERGO | GRIPPIE RINGS | GRIPPIE ROLLERS

SHOP NOW







Little Ouchie Grippie
★★★★☆ (49)
$9.99 USD

Little Ouchies Grippie - Spooky Halloween Collection
★★★★★ (5)
$12.99 USD

Little Ouchie Grippie Ergo
★★★★☆ (18)
$9.99 USD

Little Ouchie Grippie Rings
★★★★★ (8)
$7.99 USD

Little Ouchies Grippie Rollers
★☆☆☆☆ (1)
$14.99 USD





**PRESS YOUR OUCHIE**
Press into your arms, chest or thighs.

**SQUEEZE YOUR OUCHIE**
Squeeze with rhythm to help reduce stress.

**ROLL YOUR OUCHIE**
Roll in your hands or across your arms, legs & back!

## BEST SELLERS







Little Ouchie Grippie
$9.99 USD

Little Ouchies Mini Grippie
$7.99 USD

Little Ouchie Grippie Ergo
$9.99 USD

Little Ouchies - Grippie Spin Clicks
$12.99 USD

 

"Prevents me from picking or biting"

Amazing texture - firm & pokey, but perfect for sensory seeking. I white-knuckle this thing & it helps prevent me from picking my nails or biting the inside of my cheeks. No real pain, just great regulation!

"Just sharp enough"

The spikes are exactly what I needed - just sharp enough to satisfy that pain-seeking sensation without actually breaking the skin. It arrived in the cutest envelope, exactly as described!

"Itches my brain in all the right ways"

This gives me the stimulation I need without permanent damage & is incredibly soothing. It truly itches my brain all the right ways. I'll definately be buying more, maybe even in different sizes!

## DISCOVER MORE OUCHIES



Pride Grippies →          Best Sellers →          Mini Grippies →

## Let's Stay in Touch

Email                                    →

MAIN LINKS                CARE                SUPPORT

SHOP ALL                  Contact Us          Hours: 9:00 - 5:00, Mon - Fri
ABOUT US                                      Email: care@littleouchies.com
HOW TO USE

Let's Stay in Touch

Email                    →

♡ Follow on shop   f  ⌾  ♪

MAIN LINKS                CARE                SUPPORT

SHOP ALL                  Contact Us          Hours: 9:00 - 5:00, Mon - Fri
ABOUT US                                      Email: care@littleouchies.com
HOW TO USE

Let's Stay in Touch

Email                    →

♡ Follow on shop   f  ⌾  ♪

Country/region

United States | USD $

© 2025, Little Ouchies Powered by Shopify



OUR STORY

# Meet Craig

Craig, our founder, is an engineer. When his wife was diagnosed with autism, he noticed something: during stressful moments, she often turned to pain stimming - pressing, scratching, or picking at her skin and there was nothing on the market to give her the kind of relief she actually needed.

The fidget toys were too harsh. Too noisy.

So he made something better.

# LITTLE OUCHIES



Using his engineering background, Craig created a stim tool that was quiet, soft, durable, and actually helped regulate. The first Little Ouchie was born - not just to distract, but to comfort. Not just to occupy the hand, but to support the nervous system.

What began as a personal project, turned into a brand built for anyone who's ever needed a safer way to self-regulate. Today, Little Ouchies serves people with autism, ADHD, anxiety, BFRBs, and anyone looking for tools that feel good and do good.

## Our Values

Here's what we stand for:

- **Neurodivergent Affirming Design**: Every tool is designed with texture, pressure, and safety in mind. No harsh edges, no gimmicks - just tools that help you regulate.

- **Community Support:** We give back through mutual aid, sliding scale options, content collaborations, and resources made by and for the neurodivergent community.

- **Lived Experience at the Centre**: Our brand was built out of real life experience. We're engineers, creators , and caregivers who know what it's like to need a tool that works.

- **Access over Aesthetics**: Our designs are clean, safe, and functional. We don't believe in sparkle for the sake of sparkle - we believe in sensory tools that actually help.

## Shop Now



| Little Ouchie Grippie | Little Ouchies Mini Grippie | Little Ouchie Grippie Ergo | Little Ouchies - Grippie Spin Clicks |
|---|---|---|---|
| **$9.99 USD** | **$7.99 USD** | **$9.99 USD** | **$12.99 USD** |



United States | USD $

# How To Use

S ARE SELF-REGULATION TOOLS, DESIGNED TO HELP YOU MANAGE
VERLOAD, ANXIETY, OR URGE-BASED BEHAVIORS IN A SAFE WAY

hands

r hands provides calming, rhythmic sensory input that helps
ty, improve focus, and keep your body grounded. It offers a safe
egulate when you're feeling overwhelmed, distracted, or stressed.

ur thighs or chest

your thighs or chest gives deep pressure input that can calm the
em, reduce overwhelm, and help you feel more secure and

rhythm to reduce stress ∧

th a rhythm provides calming, repetitive input that helps regulate ver stress, and improve focus. The steady motion can soothe the d, making it easier to feel in control and present.

& perfect for redirecting harmful urges ∧

recting harmful urges like skin-picking or hair-pulling. Its xture provides soothing sensory input, helping you self-regulate supportive way.

our arms, legs, or back ∧

s your arms, legs, or back gives gentle, soothing pressure that e body, increase body awareness, and reduce sensory overload. sense of comfort, grounding, and emotional relief.

# Just a Heads up

ult supervision                                                            ⌄

external use only                                                          ⌄

ct tool before use                                                         ⌄

ool if damaged                                                            ⌄

**you are having thoughts of suicide, call 988. help is available**

CARE

**Contact Us**

**n - Fri**

**nies.com**

## Let's Stay in Touch

→

Follow on 



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218 - 2051



October 01, 2025 through October 31, 2025

Account Number:

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00325966 DRE 001 142 30525 NNNNNNNNNNN T 1 000000000 64 0000

LITTLEOUCHIES COMPANY
1422 EUCLID AVE STE 704
CLEVELAND OH 44115-1902





October 01, 2025 through October 31, 2025

Account Number:

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/16 | 10/16 Online Transfer To Chk ...9993 Transaction#: 26609432017 | 38,000.00 |
| 10/16 | 10/16 Online Transfer To Chk ...9993 Transaction#: 26615245585 | 210.00 |
| 10/17 | 10/17 Online Transfer To Chk ...9993 Transaction#: 26617857046 | 3,250.00 |
| 10/17 | 10/17 Online Transfer To Chk ...9993 Transaction#: 26631587344 | 400.00 |
| 10/20 | 10/18 Online Transfer To Chk ...9993 Transaction#: 26633023123 | 5,700.00 |
| 10/20 | 10/20 Online Transfer To Chk ...9993 Transaction#: 26652017929 | 2,150.00 |
| 10/20 | 10/20 Online Transfer To Chk ...9993 Transaction#: 26659691290 | 14,539.00 |
| 10/21 | 10/21 Online Transfer To Chk ...9993 Transaction#: 26663493747 | 4,878.50 |
| 10/22 | 10/22 Online Transfer To Chk ...9993 Transaction#: 26674510655 | 10,864.00 |



October 01, 2025 through October 31, 2025

Account Number: 000000721161993

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/23 | 10/23 Online Transfer To Chk ...9993 Transaction#: 26685677211 | 10,330.00 |
| 10/24 | 10/24 Online Transfer To Chk ...9993 Transaction#: 26711362934 | 430.00 |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2025 through August 29, 2025

Account Number:

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00320899 DRE 001 142 24225 NNNNNNNNNNN T  1 000000000 64 0000

RADIANT MIND COMPANY
1422 EUCLID AVE STE 704
CLEVELAND OH 44115-1902





August 01, 2025 through August 29, 2025

Account Number: ▮▮▮▮▮▮▮

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/07 | 08/07 Online ACH Payment 11183071129 To Katherinefrederick (_######8888) | 4,000.00 |



August 01, 2025 through August 29, 2025
Account Number: ▮▮▮▮▮▮▮▮▮

## ELECTRONIC WITHDRAWALS *(continued)*

| | | |
|---|---|---|
| 08/14 | 08/14 Online ACH Payment 11184001684 To Katherinefrederick (_######8888) | 4,500.00 |
| 08/15 | 08/15 Online ACH Payment 11184192494 To Katherinefrederick (_######8888) | 214.00 |
| 08/19 | 08/19 Online ACH Payment 11184519660 To Katherinefrederick (_######8888) | 271.00 |
| 08/21 | 08/21 Online ACH Payment 11184805664 To Katherinefrederick (_######8888) | 4,500.00 |
| 08/29 | 08/29 Same-Day ACH Payment 11185944923 To Kathleendickenson (_#####2367) | 363.41 |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 01, 2025 through July 31, 2025

Account Number:

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00319572 DRE 001 142 21325 NNNNNNNNNNN T 1 000000000 64 0000

RADIANT MIND COMPANY
1422 EUCLID AVE STE 704
CLEVELAND OH 44115-1902





July 01, 2025 through July 31, 2025

Account Number:

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/17 | 07/17 Online ACH Payment 11180585954 To Katherinefrederick (_######8888) | 680.75 |
| 07/18 | 07/18 Online Realtime Vendor Payment  11180774196 Payment ID Reference#: 8180774196Rx  To  Katherine Frederick 8888 | 4,000.00 |



July 01, 2025 through July 31, 2025

Account Number: 

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/24 | 07/24 Online ACH Payment 11181430043 To Katherinefrederick (_######8888) | 5,000.00 |

APRIL THROUGH AUGUST 2025
FREDERICK PAYMENTS/TRANSFERS TO HERSELF

| Posting Date | Month | Description |
| --- | --- | --- |
| 4/10/2025 | 1 | Online RealTime vendor payment  11168632020 Payment Id REFERENCE#: 1168632020RX  to  Katherine Fre |
| 4/11/2025 | 1 | Online RealTime vendor payment  11168772220 Payment Id REFERENCE#: 1168772220RX  to  Katherine Fre |
| 4/15/2025 | 1 | Online ACH Payment 11169155743 To KatherineFrederick (_######8888) |
| 4/18/2025 | 1 | Online RealTime vendor payment  11169692504 Payment Id REFERENCE#: 1169692504RX  to  Katherine Fre |
| 4/28/2025 | 1 | Online ACH Payment 11170491573 To KatherineFrederick (_######8888) |
| 4/29/2025 | 1 | Online ACH Payment 11170790816 To KatherineFrederick (_######8888) |
| 5/2/2025 | 1 | Online RealTime vendor payment  11171402917 Payment Id REFERENCE#: 1171402917RX  to  Katherine Fre |
| 5/7/2025 | 1 | Online ACH Payment 11171807635 To KatherineFrederick (_######8888) |
| 5/13/2025 | 1 | Online ACH Payment 11172537822 To KatherineFrederick (_######8888) |
| 5/16/2025 | 1 | Online RealTime vendor payment  11173139982 Payment Id REFERENCE#: 8173139982RX  to  Katherine Fre |
| 5/21/2025 | 1 | Online ACH Payment 11173493320 To KatherineFrederick (_######8888) |
| 5/27/2025 | 1 | Online ACH Payment 11174088217 To KatherineFrederick (_######8888) |
| 5/29/2025 | 1 | Online ACH Payment 11174504328 To KatherineFrederick (_######8888) |
| 5/29/2025 | 1 | Same-Day ACH Payment 11174450924 to KatherineFrederick (_######8888) |
| 6/4/2025 | 1 | Online RealTime vendor payment  11175309456 Payment Id REFERENCE#: 8175309456RX  to  Katherine Fre |
| 6/5/2025 | 1 | Online ACH Payment 11175435137 To KatherineFrederick (_######8888) |
| 6/6/2025 | 1 | Online RealTime vendor payment  11175653198 Payment Id REFERENCE#: 8175653198RX  to  Katherine Fre |
| 6/13/2025 | 1 | Same-Day ACH Payment 11176482247 to KatherineFrederick (_######8888) |
| 6/13/2025 | 1 | Same-Day ACH Payment 11176491967 to KatherineFrederick (_######8888) |
| 6/17/2025 | 1 | Online RealTime vendor payment  11176802503 Payment Id REFERENCE#: 8176802503RX  to  Katherine Fre |
| 6/18/2025 | 1 | Online ACH Payment 11176832790 To KatherineFrederick (_######8888) |
| 6/20/2025 | 1 | Online RealTime vendor payment  11177263816 Payment Id REFERENCE#: 8177263816RX  to  Katherine Fre |
| 6/27/2025 | 1 | Online RealTime vendor payment  11178111507 Payment Id REFERENCE#: 8178111507RX  to  Katherine Fre |
| 7/2/2025 | 1 | Online ACH Payment 11178546248 To KatherineFrederick (_######8888) |
| 7/7/2025 | 1 | Online RealTime vendor payment  11179096792 Payment Id REFERENCE#: 8179096792RX  to  Katherine Fre |
| 7/10/2025 | 1 | Online ACH Payment 11179791418 To KatherineFrederick (_######8888) |
| 7/10/2025 | 1 | Online RealTime vendor payment  11179783045 Payment Id REFERENCE#: 8179783045RX  to  Katherine Fre |
| 7/11/2025 | 1 | Online RealTime vendor payment  11179873986 Payment Id REFERENCE#: 8179873986RX  to  Katherine Fre |
| 7/17/2025 | 1 | Online ACH Payment 11180585954 To KatherineFrederick (_######8888) |
| 7/18/2025 | 1 | Online RealTime vendor payment  11180774196 Payment Id REFERENCE#: 8180774196RX  to  Katherine Fr |
| 7/24/2025 | 1 | Online ACH Payment 11181430043 To KatherineFrederick (_######8888) |
| 8/1/2025 | 1 | Online RealTime vendor payment  11182456546 Payment Id REFERENCE#: 8182456546RX  to  Katherine Fr |
| 8/7/2025 | 1 | Online ACH Payment 11183071129 To KatherineFrederick (_######8888) |
| 8/14/2025 | 1 | Online ACH Payment 11184001684 To KatherineFrederick (_######8888) |
| 8/15/2025 | 1 | Online ACH Payment 11184192494 To KatherineFrederick (_######8888) |
| 8/19/2025 | 1 | Online ACH Payment 11184519660 To KatherineFrederick (_######8888) |
| 8/21/2025 | 1 | Online ACH Payment 11184805664 To KatherineFrederick (_######8888) |

**EXHIBIT**

**B3**

**From:** **Craig Butrick** craig@littleouchies.com
**Subject:** Notice of Immediate Termination from Little Ouchies/Radiant Mind/Tactical Mind and Body/Orion Studio
**Date:** September 14, 2025 at 20:36
**To:** Katherine Frederick kate@kfeinc.com

Katherine Frederick,

Effective immediately, you are removed from your role and responsibilities as **Vice President of** Little Ouchies/Radiant Mind/Tactical Mind and Body/Orion Studio. This decision has been made due to actions taken without authorization, misleading financial reporting, and failure to provide requested access to company accounting records.

Specifically:

- The decision to move employee parking from garage to the lot was made without my knowledge and against my expressed intention.

- You failed to provide full access to QuickBooks for all company accounts despite direct request.

- Incomplete financial documents were given to contractors far beyond due dates with incomplete information, leaving us open to liability.

As a result, you are no longer authorized to:

- Access or manage company bank accounts or QuickBooks files with exception to provide data to the company.

- Represent the company in financial, legal, or contractual matters.

- Make business decisions or commitments on behalf of the company.

Your **ownership interest in the company remains unaffected.** This action applies only to your **management role and operational authority.**

**File Retention and Legal Review**

You are required to immediately preserve and return all files, records, and information — physical or digital — related to the operations of **Little Ouchies, Radiant Mind, Tactical Mind and Body, and Orion Studios.** This includes, but is not limited to:

- Accounting records, spreadsheets, and financial statements.

- QuickBooks and other accounting system files.

- Contracts, invoices, and payment records.

- Communications, correspondence, and internal notes related to company activities.

The company intends to engage **legal counsel and a forensic accountant** to review financial and operational records. Any alteration, destruction, or withholding of company-related files will be considered obstruction and may result in further legal action.

Please return all company property, records, and access credentials in your possession immediately (within 72 hours)

Craig Butrick

CEO Little Ouchies/Radiant Mind/Tactical Mind and Body/Orion Studio

EXHIBIT

**B4**

**UNAUTHORIZED GOOGLE PRIMARY ADMIN CHANGE**



15:51

1 MESSAGE  Summarize

★ **Google Workspace Alerts** 12:51
To: craig@littleouchies.com
Reply To: Google Workspace Alerts ›

**Alert: Primary admin changed to**
**kat@littleouchies.com**

Google Workspace

The primary admin for your organization was
changed from craig@littleouchies.com to
kat@littleouchies.com.

Alert details:

**Date** Fri, Oct 03 2025 16:51 UTC

**Actor** craig@littleouchies.com

Review changes in Alert Center

You
ha

**From:** **Google** no-reply@accounts.google.com
**Subject:** Critical security alert for craig@littleouchies.com
**Date:** October 25, 2025 at 15:49
**To:** craigbutrick@me.com

# GOOGLE LOCK-OUT

This is a copy of a security alert sent to **craig@littleouchies.com**. **craigbutrick@me.com** is the recovery email for this account. If you don't recognize this account, remove it.

Google



## Sign-in attempt was blocked

 craig@littleouchies.com

Someone just used your password to try to sign in to your account. Google blocked them, but you should check what happened.

Check activity

You can also see security activity at
https://myaccount.google.com/notifications

You received this email to let you know about important changes to your Google Account and services.
© 2025 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

**EXHIBIT B5**

**SHOPIFY TEXT ALERTS TO CRAIG BUTRICK**



**EXHIBIT**

# B6

**Craig Butrick – Lewis Smith Texts**





13:24

+1 ▮▮▮▮▮▮▮

Text Message • SMS
Friday 19:02

[TikTokShop] Your account binding phone was changed at 10/24 19:01 EDT. If you didn't make the change, please contact our customer service immediately.

The sender is not in your contact list.
Report Junk

Text Message • SMS

# Email removed



| | |
|---|---|
| **From** | TikTok <noreply@account.tiktok.com> |
| **To** | <craig@littleouchies.com> |
| **Date** | 2025-10-24 22:45 |



### Hi little ouchies,

We're writing to inform you that the email associated with the account "little ouchies" has been removed.

When:
10/24 22:45 EDT

Device:
iPhone 14

Near:
Ohio

If this was you, you can ignore this message.

If this wasn't you, **contact TikTok support.**

You can also set up 2-step verification to secure your account by going to "Security and login" > "2-step verification".
**Learn more about 2-step verification**

**Bank of America** 🇺🇸

# Business Adv Fundamentals - ▇▇▇▇: Account Activity

Balance Summary: ▇▇▇▇▇▇ (available as of today 10/24/2025)
View: today 10/24/2025



## All Transactions

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| | | | | |
| 10/15/2025 | Counter Credit | C | 29,000.00 | 29,000.00 |



| Oct 16, 2025 | Online Transfer to CHK .. ▮ transaction#: 26615245585 10/16 | Account transfer | −$210.00 | $1,500.98 |
| | Online Transfer to CHK .. ▮ transaction#: 26609432017 10/16 | Account transfer | −$38,000.00 | $1,910.98 |

Radiant Mind Chase.com                                                                    10/23/25, 21:41

| Oct 16, 2025 | Online Transfer to CHK ... transaction#: 26609465001 10/16 | Account transfer | −$2,000.00 | $796.72 |



header.printHeaderBusiness.title.text

<u>Overview</u> / Account: Tactical Mind 

Tactical Mind 
TACTICAL MIND AND BODY INC.

# $0.00
<u>Available balance</u>

**$0.00**　　　　**$0.00**　　　　**$0.00**
<u>Present balance</u>　　Available credit　　Available plus credit

---

> ### Uncollected funds

## Transactions

| Showing | All transactions ⌄ |
|---------|---------------------|

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| Oct 16, 2025 | Online Transfer to CHK ... ▮ transaction#: 26609473590 10/16 | Account transfer | −$196.76 | $0.00 |



Orion Studio          chase.com



header.printHeaderBusiness.title.text

<u>Overview</u> / Account: Orion Studio ██████

Orion Studio ██████
ORION STUDIO INC.

# $0.00
Available balance

**$0.00**          **$0.00**          **$0.00**
Present balance      Available credit   Available plus credit

---

> ## Uncollected funds

## Transactions

| Showing | All transactions ∨ |
|---------|--------------------|

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| Oct 16, 2025 | Online Transfer to CHK ..██ transaction#: 26615323870 10/16 | Account transfer | −$21.68 | $0.00 |

craig@littleouchies.com

Managed by littleouchies.com

Admin console

S

Hi, Spam!

Manage your Google Account

EXHIBIT
B12



**Office of the Ohio Attorney General**
Collections Enforcement Section
30 East Broad Street, 14th Floor
Columbus, OH 43215

October 12, 2005

RADIANT MIND COMPANY
1422 EUCLID AVE STE 704
CLEVELAND, OH 44115-1902

Re: BWC PREMIUM CLAIMS
Account No: 3042799.03
Creditor Reference: 1000363441-2
Creditor External Account Number: 80205445

Dear Sir or Madam:

The above new account(s) for collection have been certified pursuant to Ohio Revised Code Section 131.02, from BWC PREMIUM CLAIMS to the Ohio Attorney General's Office for collection. Please provide payment of this account within 10 days of receipt of this letter.

Payment can be made using one of the following methods.

1. Make a payment online at https://ohio-ago.my.site.com/Payment
2. Make a phone payment at (888) 665-5440.
3. Mail a certified check or money order made payable to the Ohio Treasurer of State. Please include the account number on the check, include the attached invoice, and mail to the address on the invoice.

Interest and collections costs will accrue and apply to the account. If your account is not paid, collections efforts may include liens, attachments, foreclosures, garnishments, sheriff's sales, cancelled or denied liquor permits, capturing your state tax refunds, lottery winnings, and/or unclaimed funds. In addition, your account could be turned over to a third party collection firm or special counsel for further appropriate legal action. Please note collections costs will increase if this account is sent out to a third party firm or special counsel. In addition, the interest will continue to accrue if the account is not paid, and you will be responsible for payment of the additional costs and interest.

If you have any questions or would like to discuss this matter, please contact an account representative at (888) 665-5440. Thank you for your immediate attention to this matter. If you have already made payment on this debt, please disregard this letter.

Sincerely,

Collections Enforcement Section

LTTF01

Collections Enforcement Section
PHONE (614) 466-8360   FAX (614) 752-9070   www.ohioattorneygeneral.gov





**EXHIBIT B13**

Official Business
Penalty for Private Use, $300

PRESORTED
FIRST-CLASS
Postage and Fees
Internal Revenue
PERMIT NO.

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0038

033193.714148.85182.31688 1 KV 0.593 373

RADIANT MIND COMPANY
1422 EUCLID AVE 704
CLEVELAND OH 44115-1902



Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0038

**IRS Notice CP 148A**

022782.714148.85182.31688 1 AV 0.593 373

RADIANT MIND COMPANY
1422 EUCLID AVE 704
CLEVELAND OH 44115-1902

022782

October 27, 2025

## Your mailing address has been updated

We updated your mailing address in our records because we received notification, a tax return, or Form 8822-B with an address different from our records.

**What you need to know**

We updated your address in our records to:

RADIANT MIND COMPANY
1422 EUCLID AVE 704
CLEVELAND OH 44115-1902

**If your address should not have been changed,** call us at 800-829-0115 or write to us at the address in upper left corner. If you contact us by mail, be sure to include a copy of this notice.

> ⚠ **Caution for employers regarding third party payroll providers**
>
> If we find issues with an account, we send a letter or notice to the address of record. We caution any employer against changing the address of record to that of a payroll service provider or third party as it may significantly limit our ability to inform the employer of tax matters involving the business.

**Additional Information**

• Visit IRS.gov/CP148A for more information about this notice.
• Visit IRS.gov/AddressChange for information about notifying the IRS your address has changed.
• We also sent a notice to your former mailing address to confirm the address change.



tice CP148A    **Tax Period** May 31, 2025    **Employer ID number** 39-2186216    Page 1 of 1
Internal use only. 29 202541

**EXHIBIT**
**B14**

| | |
|---|---|
| **From:** | Craig Butrick |
| **To:** | Katherine Frederick |
| **Cc:** | Michelson, Deborah |
| **Subject:** | Notice of Immediate Termination from Radiant Mind Company, Tactical Mind and Body Inc, and Orion Studio Inc. |
| **Date:** | Tuesday, November 4, 2025 4:45:58 PM |

Katherine:

For clarification, this confirms that you have been terminated and removed from all positions with LittleOuchies Company, Radiant Mind Company, Tactical Mind and Body Inc. and Orion Studio Inc. As a reminder you have no authority whatsoever to act for or on behalf of any of them; and you are instructed to immediately turn over all company property, funds, assets, login credentials, passwords, access codes, documents, records and information.


Craig Butrick
CEO LittleOuchies Company

CRAIG BUTRICK
PERSONAL PROPERTY

**EXHIBIT**
**B15**

From: **Micro Center** NoReply@microcenter.com 📎
Subject: Your receipt from Micro Center
Date: November 6, 2025 at 13:23
To: CraigButrick@me.com

  Thank you for shopping with us!

We hope your experience exceeded all expectations and want to assure you that we're committed to your satisfaction. Below you'll find the details of your transaction, as well as the links you can use to find answers or get help.

Be sure and keep a copy of this email in case you need it in the future.

**Your voice matters!**

Your Satisfaction is our #1 Priority.
Please tell us about your recent experience.

Start Survey

See order history or easily start a return

Access Your Account

Your store » Micro Center Mayfield
1349 S.O.M. Center Rd.
Mayfield Heights , OH 44124
General Manager Dawn Aborn
www.microcenter.com

Reference Number » 051-WP-10801018

Transaction Date » 04/15/2025

Customer » CRAIG BUTRICK

CSR » Nathan B

## Your Sale Information

| SKU | Description | Quantity | Price Per | Total Price |
|---|---|---|---|---|
| 580969 | BAMBULAB X1-CARBON COMBO 3D PRNTER | 1 | 1749.99 | 1749.99 |
| | S/N: 00M09D491601027 | | | |

| | |
|---|---|
| Subtotal » | $1,749.99 |
| Tax » | $140.00 |
| **Sale TOTAL »** | **$1,889.99** |
| Master Card (XXXXXXXX4372) » | $1,889.99 |

## Disclaimer Information

## Product Support



**580969/ BAMBULAB X1-CARBON COMBO 3D PRNTER**
Return Policy: May be returned within 15 days of purchase
Vendor Warranty:
  Parts: 1 Year
  Labor: 1 Year
Customer Care Information: Articles, FAQs and more

### Micro Center Extended Warranty Information

How to make a protection plan or warranty claim at Micro Center

## Customer Support

### Easy Returns

Start a Return: Return an item from this transaction

### Policies

Return Policy: www.microcenter.com/site/customer-support/return-policy.aspx

Rebate Information: www.microcenter.com/site/rebate-center/default.aspx

Privacy Policy: www.microcenter.com/site/customer-support/privacy_policy.aspx

### Technical Support

Support Forum: community.microcenter.com

Knowledge Base: community.microcenter.com/categories/knowledge-base

Micro Center Technical Support: www.microcenter.com/site/content/tech-support.aspx

Live Technical Support Chat: www.microcenter.com/site/content/tech-support.aspx#contact

## Sign up for special offers!

As an email subscriber, you'll have premier access to our best offers, exclusive deals and more

  

Shop 3D printers, filaments, and accessories | Bambu Lab US store

11/6/25, 14:08

The Classic Evolves. All-New Bambu Lab P2S — Learn More › ›

BambuLab          USA ›                                                                    Q Search

☰                              ▌▌ Bambu
                               ▌▌ Store                                                   👓          🛒

‹ **Order Details**

Order No:us2419959758 ⎘

### Order Placed: Sep.20, 2023 09:33

Processing

---

🚚 **Tracking No.**

9200190340772252025758061

## Progress

◯  **Order Confirmed**

◯  **Processing**

◯  **Shipped**

◯  **Delivered**

| 🖼 | **Bambu Lab A1 mini 3D Printer - Mega Combo / ETA: Before Oct 16th**<br>Mega Combo / ETA: Before Oct 16th | X1 |

## Payment Details



| 1<br>Bambu Lab A1 mini 3D Printer - Mega Combo / ETA: Befo…<br>Mega Combo / ETA: Before Oct 16th | $509.00 |

Shop 3D printers, filaments and accessories | Bambu Lab US Store

| | |
|---|---|
| Subtotal | $509.00 |
| Shipping | $20.00 |
| Tax | $42.32 |

Show All ⌄

| | |
|---|---|
| Grand Total | $571.32 |
| **Net Payment** | **$571.32** |

## Shipping Address

- Craig Butrick
- 1104 Prospect East Unit 403 Cleveland, Ohio 44115 United States
- 330 ███████

## Billing Address

- Craig Butrick
- 1104 Prospect East 403 Cleveland, Ohio 44115 United States
- 330 ███████

Buy Again

## Menu

🔥 Black Friday

Printers

AMS

Filament

Accessories

Material

Spare Parts

Maker's Supply

Support

## Support

Shop 3D printers, filaments and accessories | Bambu Lab US store                    11/6/25, 14:08

Order Tracker

FAQ

Official Wiki

Shipping Policy

Returns & Refunds

Cookie Settings

Privacy Policy

Terms of Service

Warranty Statement

**Offer**

Sale

Payment Help

**Explore**

Official Website

Authorized Reseller

Contact Us

About Us

**About Bambu Lab**

Bambu Lab is a consumer tech company focusing on desktop 3D printers. Starting with the X1 series, Bambu Lab builds state-of-the-art 3D printers that break the barriers between the digital and physical worlds, bringing creativity to a whole new level.

    

© Bambu Lab USA

**From:** **Bambu Lab US** noreply@bambulab.com
**Subject:** Order us2434051658 confirmed
**Date:** December 12, 2023 at 13:31
**To:** craigbutrick@me.com



ORDER US2434051658

# Hi Craig,

Thank you for your purchase!

Your order is confirmed and we are getting started on it right away. We'll send you an email with your shipping confirmation once shipped.

**FREE 6-month Filament Membership!**

Congrats! You've just unlocked a free 6-month Filament Membership. Enjoy your exclusive filament discounts now and stay tuned for other exciting membership benefits!

See My Membership    or View Membership Benefits

Special Reminder:
The printer and AMS will be shipped separately from the filament and accessories. Please wait patiently if you only receive one tracking number.

## Order summary



**PLA Matte × 1**                                         **$27.99**

Filament with spool / 1kg / Matte Dark Red (11202)



**PLA Matte × 1**
Filament with spool / 1kg / Matte Ivory White (11100)

$27.99

**Marble Run Components Kit 003<br>(Motor Included) × 2**

$20.00

**Engine Model Components Kit 005<br>(Motor Included) × 1**

$10.00

**PLA Matte × 1**
Filament with spool / 1kg / Matte Dark Blue (11602)

$27.99

**PLA Matte × 1**
Filament with spool / 1kg / Matte Grass Green (11500)

$27.99

**PLA Matte × 1**
Filament with spool / 1kg / Matte Ash Grey (11102)

$27.99

**PLA Matte × 1**
Filament with spool / 1kg / Matte Charcoal (11101)

$27.99

**Mega Combo Accessories Kit - A1 mini × 1**
A1 mini

$64.00



**Bambu Lab A1 mini 3D Printer × 1**

$459.00

 A1 mini Combo (with AMS lite)   / In stock

| | |
|---|---|
| Discount 🏷 [ADD-ONS DEAL: ACCESSORIES -$12.80X1; PLA MATTE -$11.00X6] | **-$78.80** |
| Subtotal | **$642.14** |
| Shipping | **$20.00** |
| Taxes | **$52.99** |

Total       **$715.13 USD**

You saved $78.80

## Customer information

**Shipping address**

Craig Butrick
1104 Prospect Avenue East, 403
Cleveland OH 44115
United States

**Billing address**

Craig Butrick
1104 Prospect East, Unit 403
Cleveland OH 44115
United States

**Shipping method**

Standard

**Need help with your order?**

Please check out our FAQ or contact us at Customer Support.

**How to get your invoice?**

You will be able to download the invoice from your Account Center after your order is completed.

**Hit the "Place Order" button before you were ready?**
You can cancel your order within 2 hours from the time you click 'Place Order' — Proceed to your account center to cancel. For complete details, refer to Order cancellation

For further details regarding your purchase, please read our Shipping policy, Returns & Refunds policy.

Please visit us again soon at bambulab.com.

Bambulab USA Inc. | 8000 Centre Park Drive STE 330, Austin, TX 78754
© 2023 Bambu Lab All rights reserved.

The Classic Evolves. All-New Bambu Lab P2S — Learn More › ›

BambuLab          USA ›                                                              Q Search

≡                              ▌▌ Bambu
                               ▌▌ Store

## ‹ Order Details

Order No:#us2417026459  ⎘

### Order Placed: Dec.8, 2022 15:30

Processing

---

🚚 Tracking No.

1Z94R8E20334932022

### Progress

◯  **Order Confirmed**

◯  **Processing**

◯  **Shipped**

◯  **Delivered**

🖼  Pre-order Bambu Lab X1-Carbon Combo                                              X1

---

### Progress

◯  **Order Confirmed**



○ Processing

○

○

Pre-order Bambu Lab X1-Carbon Combo Final Payment                                X1

## Payment Details

Pre-order Bambu Lab X1-Carbon Combo                              $20.00

Pre-order Bambu Lab X1-Carbon Combo Final Payment    $1,429.00

| | |
|---|---|
| Subtotal | $1,449.00 |
| Shipping | $35.00 |
| Tax | $118.72 |

Show All ⌄

| | |
|---|---|
| Grand Total | $1,602.72 |
| **Net Payment** | **$1,602.72** |

### Shipping Address

- Craig Butrick
- 1104 Prospect East Unit 403 Cleveland, Ohio 44115 United States
- (330) ▮▮▮▮▮▮

## Billing Address

- Craig Butrick
- 1104 Prospect East Unit 403 Cleveland, Ohio 44115 United States
- (330) ███████

Buy Again

## Menu

Black Friday

Printers

AMS

Filament

Accessories

Material

Spare Parts

Maker's Supply

Support

## Support

Order Tracker

FAQ

Official Wiki

Shipping Policy

Returns & Refunds

Cookie Settings

Privacy Policy

Terms of Service

Warranty Statement

## Offer

Shop 3D printers, filaments and accessories | Bambu Lab US store

Sale

Payment Help

**Explore**

Official Website

Authorized Reseller

Contact Us

About Us

**About Bambu Lab**

Bambu Lab is a consumer tech company focusing on desktop 3D printers. Starting with the X1 series, Bambu Lab builds state-of-the-art 3D printers that break the barriers between the digital and physical worlds, bringing creativity to a whole new level.

   

© Bambu Lab USA

Shop 3D printers, filaments, and accessories | Bambu Lab US store

The Classic Evolves. All-New Bambu Lab P2S — Learn More › ›

BambuLab      USA ›

🔍 Search

☰

**Bambu Store**

👥  🛒

‹ **Order Details**

Order No:#us242398459  📋

**Order Placed: Aug.26, 2022 08:26**

Processing

---

## Progress

◯ **Order Confirmed**

◯ **Processing**

◯ **Shipped**

◯ **Delivered**

🖼  **Pre-order Bambu Lab X1-Carbon Combo Final Payment**          X1

---

🚚 **Tracking No.**

1Z94R8E24238190379

## Progress

◯ **Order Confirmed**

○ Processing

○ Shipped

○ Delivered

 Pre-order Bambu Lab X1-Carbon Combo      X1

## Payment Details

| | | |
|---|---|---|
| 1 Pre-order Bambu Lab X1-Carbon Combo | $20.00 |
| 1 Pre-order Bambu Lab X1-Carbon Combo Final Payment | $1,429.00 |

| | |
|---|---|
| Subtotal | $1,449.00 |
| Shipping | $35.00 |
| Tax | $118.72 |

Show All ⌄

| | |
|---|---|
| Grand Total | $1,602.72 |
| **Net Payment** | **$1,602.72** |

### Shipping Address

- Craig Butrick
- 1104 Prospect East Unit 403 Cleveland, Ohio 44115 United States
- (330) ▮▮▮▮

Shop 3D printers, filaments and accessories | Bambu Lab US store

## Billing Address

- Craig Butrick
- 1104 Prospect East Unit 403 Cleveland, Ohio 44115 United States
- (330) ███████

Buy Again

## Menu

Black Friday

Printers

AMS

Filament

Accessories

Material

Spare Parts

Maker's Supply

Support

## Support

Order Tracker

FAQ

Official Wiki

Shipping Policy

Returns & Refunds

Cookie Settings

Privacy Policy

Terms of Service

Warranty Statement

## Offer

Shop 3D printers, filaments and accessories | Bambu Lab US store

Sale

Payment Help

## Explore

Official Website

Authorized Reseller

Contact Us

About Us

## About Bambu Lab

Bambu Lab is a consumer tech company focusing on desktop 3D printers. Starting with the X1 series, Bambu Lab builds state-of-the-art 3D printers that break the barriers between the digital and physical worlds, bringing creativity to a whole new level.

   

© Bambu Lab USA

‹ Back  |  **Receipt**

**Your Store:**
1349 S.O.M. Center Rd.
Eastgate Shopping Center
Mayfield Heights, OH 44124

**Transaction Date:**     **Reference Number:**
11/24/2024                        051-PO-10674441

**Customer:**
CRAIG BUTRICK

| SKU | Description | QTY | Pric |
|-----|-------------|-----|------|
| 647180 | Bambu Lab A1 mini Combo 3D Printer with AMS lite; 2.4 Color IPS Touch Scree... | 1 | $349 |
| 107706 | Inland 1.75mm Purple Tough PLA 3D Printer Filament - 1kg Spool (2.2 lbs) | 1 | $14. |
| 107706 | Inland 1.75mm Purple Tough PLA 3D Printer Filament - 1kg Spool (2.2 lbs) | 1 | $14. |
| 559948 | Inland 1.75mm Tough PLA 3D Printer Filament - 1kg (2.2 lbs) Spool - Blue; D... | 1 | $14. |
| 559948 | Inland 1.75mm Tough PLA 3D Printer Filament - 1kg (2.2 lbs) Spool - Blue; D... | 1 | $14. |
| 107706 | Inland 1.75mm Purple Tough PLA 3D Printer Filament - 1kg Spool (2.2 lbs) | 1 | $14. |
| 647180 | Bambu Lab A1 mini Combo 3D Printer with AMS lite; 2.4 Color IPS Touch Scree... | 1 | $349 |



‹ Back | **Receipt**

**Your Store:**
1349 S.O.M. Center Rd.
Eastgate Shopping Center
Mayfield Heights, OH 44124

**Transaction Date:**       **Reference Number:**
11/30/2024                        051-WP-10680693

**Customer:**
CRAIG BUTRICK

| SKU | Description | QTY | Price |
|-----|-------------|-----|-------|
| 660837 | Brother Wireless HL-L2460DW Compact Monochrome Laser Printer, Duplex and Mo... | 1 | $164 |
| 740704 | Razer Wolverine V3 Pro Wireless Xbox Controller | 1 | $199 |
| 697953 | The KapCo Nekomancer Deskmat XXL | 1 | $29.9 |







Hello, deus0
Returns & Order

SEAR
Mayfield Heights
Open until 9PM

‹ Back | **Receipt**

**EXHIBIT B16**

**Your Store:**
1349 S.O.M. Center Rd.
Eastgate Shopping Center
Mayfield Heights, OH 44124

**Transaction Date:** 6/3/2025

**Reference Number:** 051-PO-10836913

**Customer:**
CRAIG BUTRICK

| SKU | Description | QTY | Price Per | Total Price |
|-----|-------------|-----|-----------|-------------|
| 580969 | Bambu Lab X1 - Carbon Combo 3D Printer; 5" Color LCD Screen; Automatic Leve... | 1 | $1,499.99 | $1,499.99 |

Subtotal: $1,499.99
Tax: $120.00
Total: $1,619.99
Cash



## Customer Service
My Account and Orders
How To Return Merchandise
Services
Frequently Asked Questions
Safe Shopping Promise
Recycling
Protection Plans

## Shopping
In-Store Pickup
Product Availability
Online Order Restrictions
Return Policy
Credit Cards Accepted
Affirm
Shipping Options

## Resources & Tools
Community
MC News
Rebate Center
Ink & Toner Finder
Careers
Sell to Micro Center
Business Services
Site Map

## In-Demand & Tech
Closeouts

**We're Hiring**
Work with the latest in compute
digital technology. Search the Mi
Center Job Access site to review
latest Openings.

SEE CAREERS

© 2025 Micro Electronics, Inc.
About Micro Center   Accessibility Statement   State Specific Privacy Rights   CAA Transparency   Do Not Sell Or Share My Information   Privacy Policy
Terms and Conditions: Site   Terms and Conditions: Sale   Copyrights & Trademarks   Account Sign In



# INVOICE

**INVOICE TO**

Craig Butrick

craigbutrick@me.com

1422 Euclid Avenue,Unit 704,Cleveland,Ohio,44115,United States

**Bambu Lab US**

BAMBULAB USA INC
8000 CENTRE PARK DRIVE,
AUSTIN, TX 78754
us.store.bambulab.com

**SHIPPING ADDRESS**

Craig Butrick

craigbutrick@me.com

1422 Euclid Avenue,Unit 704,Cleveland,Ohio,44115,United States

Invoice Number: **BBLUS2584Q2279A04**
Order Number: **us634531143727824897**
Invoice Date: **2025-08-21**
Delivery Date: **2025-08-21**
Payment Date: **2025-08-20**

| Items | Qty | Price(excl.tax) | Product discount | Tax | Tax amount | Items SubTotal |
|---|---|---|---|---|---|---|
| **Bambu Lab X1C 3D Printer** SKU: PF001-P+SA001-US Variant: X1C Combo / Standard | 4 | $1249.00 | $1000.00 | OH STATE TAX(5.75%) OH COUNTY TAX(2.25%) | $319.68 | $3996.00 |
| **Bambu High Flow Hotend - H2D** SKU: FAH030 Variant: H2D and H2D Laser / 0.4mm Hardened Steel | 10 | $51.99 | | OH STATE TAX(5.75%) OH COUNTY TAX(2.25%) | $41.59 | $519.90 |
| **Bambu Hotend - X1C** SKU: FAH001 Variant: 0.4mm Hardened Steel (Standard Included) / Complete Hotend | 10 | $35.99 | $125.96 | OH STATE TAX(5.75%) OH COUNTY TAX(2.25%) | $18.71 | $233.94 |
| **Bambu Hotend - A1 Series** SKU: FAH007 Variant: 0.4mm Stainless Steel | 10 | $10.99 | $38.46 | OH STATE TAX(5.75%) OH COUNTY TAX(2.25%) | $5.72 | $71.44 |

| Items | Qty | Price(excl.tax) | Product discount | Tax | Tax amount | Items SubTotal |
|---|---|---|---|---|---|---|
|  **Bambu Hotend - A1 Series** SKU: FAH018 Variant: 0.2mm Stainless Steel | 5 | $12.99 | $22.73 | OH STATE TAX(5.75%) OH COUNTY TAX(2.25%) | $3.38 | $42.22 |

| | |
|---|---|
| **Items Subtotal** | $4863.50 |
| **Shipping** | $140.00 |
| **Grand total** | $5403.78 |
| **Total exclude tax** | $5003.50 |
| **Tax** | OH STATE TAX(5.75%) $287.70 OH COUNTY TAX(2.25%) $112.58 | $400.28 |
| **Net payment** | $5403.78 |

Thank you for your purchase!



# INVOICE

**INVOICE TO**

Craig Butrick

███████

craigbutrick@me.com

1422 Euclid Avenue,Suite 704,Cleveland,Ohio,44115,United States

**Bambu Lab US**

BAMBULAB USA INC
8000 CENTRE PARK DRIVE,
AUSTIN, TX 78754
us.store.bambulab.com

---

**SHIPPING ADDRESS**

Craig Butrick

███████

craigbutrick@me.com

1422 Euclid Avenue,Suite 704,Cleveland,Ohio,44115,United States

Invoice Number: **BBLUS25721F76WD05**
Order Number: **us624555879781470208**
Invoice Date: **2025-07-24**
Delivery Date: **2025-07-24**
Payment Date: **2025-07-23**

---

| Items | | Qty | Price(excl.tax) | Product discount | Tax | Tax amount | Items SubTotal |
|---|---|---|---|---|---|---|---|
|  | **Bambu Lab AMS lite - Automatic Material System** SKU: SA005 Variant: A1 Series | 2 | $279.00 | | OH STATE TAX(5.75%) OH COUNTY TAX(2.25%) | $44.65 | $558.00 |
| | **Bambu Hotend - A1 Series** SKU: FAH007 Variant: 0.4mm Stainless Steel | 10 | $10.99 | $21.98 | OH STATE TAX(5.75%) OH COUNTY TAX(2.25%) | $7.04 | $87.92 |

| | |
|---|---|
| **Items Subtotal** | $645.92 |
| **Shipping** | $30.99 |
| **Grand total** | $731.08 |
| **Total exclude tax** | $676.91 |
| **Tax** | OH STATE TAX(5.75%) $38.93 OH COUNTY TAX(2.25%) $15.24 $54.17 |
| **Net payment** | $731.08 |

Thank you for your purchase!



**Bambu Lab**

# INVOICE

**INVOICE TO**

Craig Butrick

███████████

craigbutrick@me.com

1422 Euclid Avenue,Suite 704,Cleveland,Ohio,44115,United States

**Bambu Lab US**

BAMBULAB USA INC
8000 CENTRE PARK DRIVE,
AUSTIN, TX 78754
us.store.bambulab.com

**SHIPPING ADDRESS**

Craig Butrick

███████████

craigbutrick@me.com

1422 Euclid Avenue,Suite 704,Cleveland,Ohio,44115,United States

Invoice Number: **BBLUS2515BZ72TX69**
Order Number: **us581068085821812737**
Invoice Date: **2025-03-26**
Delivery Date: **2025-03-26**
Payment Date: **2025-03-25**

| Items | Qty | Price(excl.tax) | Product discount | Tax | Tax amount | Items SubTotal |
|---|---|---|---|---|---|---|
| **Bambu Lab H2D** SKU: PF003-D+SA007-US Variant: H2D AMS Combo / Standard | 1 | $2199.00 | | OH STATE TAX(5.75%) OH COUNTY TAX(2.25%) | $175.92 | $2199.00 |

| | |
|---|---|
| **Items Subtotal** | $2199.00 |
| **Shipping** | $80.00 |
| **Grand total** | $2461.32 |
| **Total exclude tax** | $2279.00 |
| **Tax** | OH STATE TAX(5.75%) $131.04 OH COUNTY TAX(2.25%) $51.28 $182.32 |
| **Net payment** | $2461.32 |



Thank you for your purchase!



# INVOICE

**INVOICE TO**

Craig Butrick

craigbutrick@me.com

1422 Euclid Avenue,Suite 704,Cleveland,Ohio,44115,United States

**Bambu Lab US**

BAMBULAB USA INC
8000 CENTRE PARK DRIVE,
AUSTIN, TX 78754
us.store.bambulab.com

**SHIPPING ADDRESS**

Craig Butrick

craigbutrick@me.com

1422 Euclid Avenue,Suite 704,Cleveland,Ohio,44115,United States

Invoice Number: **BBLUS2560DN67H471**
Order Number: **us616403571767615489**
Invoice Date: **2025-07-01**
Delivery Date: **2025-07-01**
Payment Date: **2025-07-01**
#Paypal

| Items | Qty | Price(excl.tax) | Product discount | Tax | Tax amount | Items SubTotal |
|---|---|---|---|---|---|---|
| **Bambu Lab AMS lite - Automatic Material System** SKU: SA005 Variant: A1 Series | 12 | $229.00 | | OH STATE TAX(5.75%) OH COUNTY TAX(2.25%) | $219.84 | $2748.00 |
| **Bambu Lab X1C 3D Printer** SKU: PF001-P-US+SA007+SA002-N+CAB002-N+ADS-96HLA-19-124096E-US Variant: AMS 2 Pro Combo / Combo with Hub(Ship Separately) | 4 | $1369.00 | | OH STATE TAX(5.75%) OH COUNTY TAX(2.25%) | $438.08 | $5476.00 |



| | | |
|---|---|---|
| **Items Subtotal** | | $8224.00 |
| **Shipping** | | $284.00 |
| **Grand total** | | $9188.64 |
| **Total exclude tax** | | $8508.00 |
| **Tax** | OH STATE TAX(5.75%) $489.21 | $680.64 |

Thank you for your purchase!

OH COUNTY
TAX(2.25%) $191.43

**Net payment**                                        $9188.64

**From:** **Micro Center** NoReply@microcenter.com 📎
**Subject:** Your receipt from Micro Center
**Date:** November 17, 2025 at 14:02
**To:** CraigButrick@me.com

 Thank you for shopping with us!

We hope your experience exceeded all expectations and want to assure you that we're committed to your satisfaction. Below you'll find the details of your transaction, as well as the links you can use to find answers or get help.

Be sure and keep a copy of this email in case you need it in the future.

**Your voice matters!**

Your Satisfaction is our #1 Priority.
Please tell us about your recent experience.

Start Survey

See order history or easily start a return

Access Your Account

Your store » Micro Center Mayfield
1349 S.O.M. Center Rd.
Mayfield Heights , OH 44124
General Manager Dawn Aborn
www.microcenter.com

Reference Number » 051-PO-10896137
Transaction Date » 08/20/2025
Customer » CRAIG BUTRICK
CSR » Evan M

## Your Sale Information

| SKU | Description | Quantity | Price Per | Total Price |
|------|-------------|----------|-----------|-------------|
| 608661 | APC 1500VA UPS PRO 900W | 1 | 179.99 | 179.99 |
| 608661 | APC 1500VA UPS PRO 900W | 1 | 179.99 | 179.99 |
| 608661 | APC 1500VA UPS PRO 900W | 1 | 179.99 | 179.99 |
| 608661 | APC 1500VA UPS PRO 900W | 13 | 179.99 | 2339.87 |
| 879387 | WHAM ULTIM8 DRIP TABLE KIT | 1 | 39.99 | 39.99 |
| 824011 | WHAM ULTIM8 FUNNEL | 1 | 14.99 | 14.99 |
| 525261 | WHAM SLAP MAT SILICONE | 1 | 18.99 | 18.99 |

Subtotal » $2,953.81

Tax » $236.30

| | |
|---|---|
| **Sale TOTAL »** | **$3,190.11** |
| Debit Card (XXXXXXXX█████) » | $3,190.11 |

## Disclaimer Information

## Product Support



**608661/ APC 1500VA UPS PRO 900W**
Vendor Warranty:
 Parts: 3 Years
 Labor: 3 Years
Vendor Support:
 Main Website:
 http://www.apc.com/site/apc/index.cfm
 Support Website:
 http://www.apc.com/support/index.cfm
 Customer Care Information: Articles, FAQs and more

**525261/ WHAM SLAP MAT SILICONE**
Customer Care Information: Articles, FAQs and more

**824011/ WHAM ULTIM8 FUNNEL**
Vendor Warranty:
 Parts: 1 Year Limited
 Labor: 1 Year Limited
Customer Care Information: Articles, FAQs and more

**879387/ WHAM ULTIM8 DRIP TABLE KIT**
Customer Care Information: Articles, FAQs and more

**Micro Center Extended Warranty Information**

How to make a protection plan or warranty claim at Micro Center

## Customer Support

### Easy Returns

Start a Return: Return an item from this transaction

### Policies

Return Policy: www.microcenter.com/site/customer-support/return-policy.aspx

Rebate Information: www.microcenter.com/site/rebate-center/default.aspx

Privacy Policy: www.microcenter.com/site/customer-support/privacy_policy.aspx

### Technical Support

Support Forum: community.microcenter.com

Knowledge Base: community.microcenter.com/categories/knowledge-base

Micro Center Technical Support: www.microcenter.com/site/content/tech-support.aspx

Live Technical Support Chat: www.microcenter.com/site/content/tech-support.aspx#contact

___

## Sign up for special offers!

As an email subscriber, you'll have premier access to our best offers, exclusive deals and more

  

**From:** **Micro Center** NoReply@microcenter.com 📎
**Subject:** Your receipt from Micro Center
**Date:** November 17, 2025 at 14:02
**To:** CraigButrick@me.com

 Thank you for shopping with us!

We hope your experience exceeded all expectations and want to assure you that we're committed to your satisfaction. Below you'll find the details of your transaction, as well as the links you can use to find answers or get help.

Be sure and keep a copy of this email in case you need it in the future.

**Your voice matters!**

Your Satisfaction is our #1 Priority.
Please tell us about your recent experience.

Start Survey

See order history or easily start a return

Access Your Account

Your store » Micro Center Mayfield
1349 S.O.M. Center Rd.
Mayfield Heights , OH 44124
General Manager Dawn Aborn
www.microcenter.com

Reference Number » 051-WP-10735889
Transaction Date » 01/26/2025
Customer » CRAIG BUTRICK
CSR » Samuel H

## Your Sale Information

| SKU | Description | Quantity | Price Per | Total Price |
|---|---|---|---|---|
| 580993 | BAMBULAB AMS HUB | 1 | 49.00 | 49.00 |
| 742494 | BAMBULAB AMS FOR X1/P1 SERIES | 3 | 299.99 | 899.97 |
| 607739 | COOKIECAD PIXIE DUST ELIXIR | 2 | 34.99 | 69.98 |
| 561548 | COOKIECAD STARDUST | 2 | 34.99 | 69.98 |
| 561548 | COOKIECAD STARDUST | 1 | 34.99 | 34.99 |
| 561548 | COOKIECAD STARDUST | 1 | 34.99 | 34.99 |
| 561548 | COOKIECAD STARDUST | 1 | 34.99 | 34.99 |

**Subtotal »** $1,193.90

**Tax »** $95.51

| **Sale TOTAL »** | **$1,289.41** |
|---|---|
| Master Card (XXXXXXXX■■■) » | $1,289.41 |

## Disclaimer Information

## Product Support

**Micro Center Extended Warranty Information**

How to make a protection plan or warranty claim at Micro Center

## Customer Support

**Easy Returns**

Start a Return: Return an item from this transaction

**Policies**

Return Policy: www.microcenter.com/site/customer-support/return-policy.aspx

Rebate Information: www.microcenter.com/site/rebate-center/default.aspx

Privacy Policy: www.microcenter.com/site/customer-support/privacy_policy.aspx

**Technical Support**

Support Forum: community.microcenter.com

Knowledge Base: community.microcenter.com/categories/knowledge-base

Micro Center Technical Support: www.microcenter.com/site/content/tech-support.aspx

Live Technical Support Chat: www.microcenter.com/site/content/tech-support.aspx#contact

## Sign up for special offers!

As an email subscriber, you'll have premier access to our best offers, exclusive deals and more

  

**From:** **Micro Center** NoReply@microcenter.com 📎
**Subject:** Your receipt from Micro Center
**Date:** November 17, 2025 at 13:58
**To:** CraigButrick@me.com

 Thank you for shopping with us!

We hope your experience exceeded all expectations and want to assure you that we're committed to your satisfaction. Below you'll find the details of your transaction, as well as the links you can use to find answers or get help.

Be sure and keep a copy of this email in case you need it in the future.

---

**Your voice matters!**

Your Satisfaction is our #1 Priority.
Please tell us about your recent experience.

**Start Survey**

---

See order history or easily start a return

**Access Your Account**

---

Your store » Micro Center Mayfield
1349 S.O.M. Center Rd.
Mayfield Heights , OH 44124
General Manager Dawn Aborn
www.microcenter.com

Reference Number » 051-PO-10759604
Transaction Date » 02/24/2025
Customer » CRAIG BUTRICK
CSR » Philip H

## Your Sale Information

| SKU | Description | Quantity | Price Per | Total Price |
|-----|-------------|----------|-----------|-------------|
| 580969 | BAMBULAB X1-CARBON COMBO 3D PRNTER | 1 | 1399.99 | 1399.99 |
| | S/N: 6975337030973 | | | |

| | | |
|---|---|---|
| **Subtotal »** | | $1,399.99 |
| **Tax »** | | $112.00 |
| **Sale TOTAL »** | | **$1,511.99** |
| Visa (XXXXXXXX████ ) » | | $1,511.99 |

## Disclaimer Information

## Product Support



**580969/ BAMBULAB X1-CARBON COMBO 3D PRNTER**
Return Policy: May be returned within 15 days of purchase
Vendor Warranty:
  Parts: 1 Year
  Labor: 1 Year
Customer Care Information: Articles, FAQs and more

**Micro Center Extended Warranty Information**

How to make a protection plan or warranty claim at Micro Center

## Customer Support

### Easy Returns

Start a Return: Return an item from this transaction

### Policies

Return Policy: www.microcenter.com/site/customer-support/return-policy.aspx

Rebate Information: www.microcenter.com/site/rebate-center/default.aspx

Privacy Policy: www.microcenter.com/site/customer-support/privacy_policy.aspx

### Technical Support

Support Forum: community.microcenter.com

Knowledge Base: community.microcenter.com/categories/knowledge-base

Micro Center Technical Support: www.microcenter.com/site/content/tech-support.aspx

Live Technical Support Chat: www.microcenter.com/site/content/tech-support.aspx#contact

## Sign up for special offers!

As an email subscriber, you'll have premier access to our best offers, exclusive deals and more

  

**From:** **Micro Center** NoReply@microcenter.com 
**Subject:** Your receipt from Micro Center
**Date:** November 17, 2025 at 13:58
**To:** CraigButrick@me.com

## MICRO CENTER
computers & electronics    Thank you for shopping with us!

We hope your experience exceeded all expectations and want to assure you that we're committed to your satisfaction. Below you'll find the details of your transaction, as well as the links you can use to find answers or get help.

Be sure and keep a copy of this email in case you need it in the future.

---

**Your voice matters!**

Your Satisfaction is our #1 Priority.
Please tell us about your recent experience.

**Start Survey**

---

See order history or easily start a return

**Access Your Account**

---

Your store » Micro Center Mayfield
1349 S.O.M. Center Rd.
Mayfield Heights , OH 44124
General Manager Dawn Aborn
www.microcenter.com

Reference Number » 051-WP-10801018
Transaction Date » 04/15/2025
Customer » CRAIG BUTRICK
CSR » Nathan B

## Your Sale Information

| SKU | Description | Quantity | Price Per | Total Price |
|---|---|---|---|---|
| 580969 | BAMBULAB X1-CARBON COMBO 3D PRNTER | 1 | 1749.99 | 1749.99 |
| | S/N: 00M09D491601027 | | | |

| | | |
|---|---|---|
| **Subtotal »** | | $1,749.99 |
| **Tax »** | | $140.00 |
| **Sale TOTAL »** | | **$1,889.99** |
| Master Card (XXXXXXXX█) » | | $1,889.99 |

## Disclaimer Information

## Product Support



**580969/ BAMBULAB X1-CARBON COMBO 3D PRNTER**
Return Policy: May be returned within 15 days of purchase
Vendor Warranty:
   Parts: 1 Year
   Labor: 1 Year
Customer Care Information: Articles, FAQs and more

**Micro Center Extended Warranty Information**

How to make a protection plan or warranty claim at Micro Center

## Customer Support

### Easy Returns

Start a Return: Return an item from this transaction

### Policies

Return Policy: www.microcenter.com/site/customer-support/return-policy.aspx

Rebate Information: www.microcenter.com/site/rebate-center/default.aspx

Privacy Policy: www.microcenter.com/site/customer-support/privacy_policy.aspx

### Technical Support

Support Forum: community.microcenter.com

Knowledge Base: community.microcenter.com/categories/knowledge-base

Micro Center Technical Support: www.microcenter.com/site/content/tech-support.aspx

Live Technical Support Chat: www.microcenter.com/site/content/tech-support.aspx#contact

## Sign up for special offers!

As an email subscriber, you'll have premier access to our best offers, exclusive deals and more

  

**From:** **Micro Center** NoReply@microcenter.com 📎
**Subject:** Your receipt from Micro Center
**Date:** November 17, 2025 at 13:55
**To:** CraigButrick@me.com

 Thank you for shopping with us!

We hope your experience exceeded all expectations and want to assure you that we're committed to your satisfaction. Below you'll find the details of your transaction, as well as the links you can use to find answers or get help.

Be sure and keep a copy of this email in case you need it in the future.

---

**Your voice matters!**

Your Satisfaction is our #1 Priority.
Please tell us about your recent experience.

Start Survey

---

See order history or easily start a return

Access Your Account

---

Your store » Micro Center Mayfield
1349 S.O.M. Center Rd.
Mayfield Heights , OH 44124
General Manager Dawn Aborn
www.microcenter.com

Reference Number » 051-PO-10834128

Transaction Date » 05/30/2025

Customer » CRAIG BUTRICK

CSR » Luke L

## Your Sale Information

| SKU | Description | Quantity | Price Per | Total Price |
|---|---|---|---|---|
| 580969 | BAMBULAB X1-CARBON COMBO 3D PRNTER  S/N: 6975337030973 | 1 | 1499.99 | 1499.99 |
| 580969 | BAMBULAB X1-CARBON COMBO 3D PRNTER  S/N: 00M09D522401348 | 1 | 1499.99 | 1499.99 |
| 580969 | BAMBULAB X1-CARBON COMBO 3D PRNTER  S/N: 00M09D522401203 | 1 | 1499.99 | 1499.99 |
| 580969 | BAMBULAB X1-CARBON COMBO 3D PRNTER  S/N: 00M09D522600316 | 1 | 1499.99 | 1499.99 |
| 580969 | BAMBULAB X1-CARBON COMBO 3D PRNTER | 1 | 1499.99 | 1499.99 |

| 580969 | BAMBULAB X1-CARBON COMBO 3D PRNTER | 1 | 1499.99 | 1499.99 |
| | S/N: 00M09D522400604 | | | |
| 580969 | BAMBULAB X1-CARBON COMBO 3D PRNTER | 1 | 1499.99 | 1499.99 |
| | S/N: 00M09D522400015 | | | |

| | Subtotal » | | $8,999.94 |
| | Tax » | | $720.00 |
| | **Sale TOTAL »** | | **$9,719.94** |
| | Cash » | | $9,800.00 |
| | Cash » | | $-80.06 |

## Disclaimer Information

## Product Support



**580969/ BAMBULAB X1-CARBON COMBO 3D PRNTER**
Return Policy: May be returned within 15 days of purchase
Vendor Warranty:
  Parts: 1 Year
  Labor: 1 Year
Customer Care Information: Articles, FAQs and more

**Micro Center Extended Warranty Information**

How to make a protection plan or warranty claim at Micro Center

## Customer Support

**Easy Returns**

Start a Return: Return an item from this transaction

**Policies**

Return Policy: www.microcenter.com/site/customer-support/return-policy.aspx

Rebate Information: www.microcenter.com/site/rebate-center/default.aspx

Privacy Policy: www.microcenter.com/site/customer-support/privacy_policy.aspx

**Technical Support**

Support Forum: community.microcenter.com

Knowledge Base: community.microcenter.com/categories/knowledge-base

Micro Center Technical Support: www.microcenter.com/site/content/tech-support.aspx

Live Technical Support Chat: www.microcenter.com/site/content/tech-support.aspx#contact

## Sign up for special offers!

As an email subscriber, you'll have premier access to our best offers, exclusive deals and more

