IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LITTLEOUCHIES COMPANY, *et al.* | ) | CASE NO. 1:25-cv-02488 |
| | ) | |
| Plaintiffs, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | AGREED ORDER |
| KATHERINE JOY FREDERICK, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiffs LittleOuchies Company and Craig Butrick's ("Plaintiffs") Emergency *Ex Parte* Motion for Temporary Restraining Order (the "TRO Motion").

Upon agreement of the parties, it is ORDERED, ADJUDGED and DECREED that Plaintiffs' TRO Motion is GRANTED in part, and the Court hereby enters the following Agreed Order:

Defendants Katherine Joy Fredercik, Lewis Smith and Logan Robinson ("Defendants") and their respective officers, agents, servants, officers, employees and attorneys, and all others in active concert or participation with any of them, who receive actual notice of this Order (all together, the "Enjoined Parties") are immediately enjoined, restrained and ordered as follows:

1. The Enjoined Parties agree to and are ORDERED to immediately start delivering or make available to Plaintiffs (and complete said delivery within twenty-four (24) hours) all the operative login credentials, access codes and passwords to the Company's online accounts, including but not limited to the TikTok, TikTok Shop, Google and Gmail accounts (the "Accounts"), and to restore Mr. Butrick's unrestricted access and exclusive administrator rights to the Accounts, and they are ENJOINED and RESTRAINED from further using, accessing and/or attempting to use or access those Accounts, except to the extent required to assist Mr. Butrick restore his unrestricted access and exclusive administrator rights; and Defendants shall provide whatever cooperation is necessary to effectuate the delivery and transfer of all the Accounts.

2. The Enjoined Parties agree to and are ORDERED to immediately identify the location of and turn over, by the end of today, the keys and/or access codes to the storage unit, and make available to Plaintiffs and their representatives unrestricted access to and possession

of, all the tangible property and assets removed from the LittleOuchies offices in or about October 2025, including all printers, computers, manufacturing equipment, raw materials, machines, electronic and telecommunications devices, shipping labels, packaging material, documents and data, and they are ENJOINED and RESTRAINED from transferring, distributing, assigning, tampering with, altering, using or in any way liquidating or disposing of them; and Defendants shall provide whatever cooperation is necessary to effectuate the delivery and transfer of all such items.

3. The Enjoined Parties agree and are ORDERED to preserve all files, notes, memoranda, financial information, records, emails, text messages, digital data and all other documents, communications and electronically stored information relating to Plaintiffs and to the Havna Companies (Havna Brands LLC and Havna Group, LLC), and they are ENJOINED and RESTRAINED from modifying, destroying, spoliating, deleting and/or in any way altering them.

4. Defendant Frederick and all persons who are Enjoined Parties through her are ENJOINED and RESTRAINED from transferring or dissipating any and all funds and assets in the Chase bank account ending x9993; and all such funds and assets are hereby ORDERED frozen until further order of the Court.

Each Defendant, within seven (7) days of entry of this Agreed Order shall deliver to Plaintiffs an accounting of funds and assets received from the Company, including supporting documentation pertaining to the same.

*Agreed and approved:*

| | |
|---|---|
| /s/ Deborah J. Michelson<br>DEBORAH J. MICHELSON (0059044)<br>michelson@buckleyking.com<br>David A. Kunselman (0073980)<br>kunselman@buckleyking.com<br>BUCKLEY KING, LPA<br>1400 Fifth Third Center<br>600 Superior Avenue, East<br>Cleveland, OH 44114-2652<br>(216) 363-1400 (*phone*)<br>(216) 579-1020 (*facsimile*)<br>Attorneys for Plaintiff Craig Butrick<br><br>-and- | /s/Paul M. Flannery<br>PAUL M. FLANNERY<br>paul@flannerygeorgalis.com<br>FLANNERY \| GEORGALIS, LLC<br>1621 Euclid Avenue, Floor 20<br>Cleveland, OH 44115<br>(216) 702-4463 (*phone*)<br>Attorneys for Defendants Katherine Joy Frederick, Lewis Smith and Logan Robinson |

/s/ Peter L. Mehler
JEFFREY T. KALNIZ (0067213)
jeff@kmlawohio.com
PETER L. MEHLER (0075283)
pete@kmlawohio.com
KALNIZ MEHLER LTD.
P.O. Box 39074
Solon, OH 44139
(216) 401-8448 (*Jeff Kalniz Direct*)
(216) 577-0959 (*Peter Mehler Direct*)
Attorneys for Plaintiff
LittleOuchies Company

*SIGNED AND ENTERED as an Order of the Court this* 20th *day of November, 2025.*

JUDGE DONALD C. NUGENT