IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LITTLEOUCHIES COMPANY, ET AL._<br><br>Plaintiffs<br><br>v.<br><br>KATHERINE JOY FREDERICK, ET AL.<br><br>Defendants | CASE NO. 1:25-cv-02488<br><br>JUDGE DONALD C. NUGENT<br><br>**STIPULATED MOTION TO MODIFY AGREED ORDER AND ENTER PERMANENT INJUNCTION** |

*  *  *  *

NOW COME Plaintiffs LittleOuchies Company and Craig Butrick's (together, "Plaintiffs") and Defendants Katherine Joy Frederick, Logan Robinson and Lewis Smith (together, "Defendants"), (collectively, "The Parties"), by and through their respective counsel, and hereby submit their Stipulated Motion to Modify Agreed Order and Enter Permanent Injunction.

As grounds for this Motion, the Parties state that they have entered into a settlement agreement and wish to modify the Agreed Order entered by this Court on November 20, 2025. The proposed Modified Agreed Order and Permanent Injunction is attached hereto as Exhibit 1.

[Handwritten annotation: 12/22/25 Motion Granted [signature]]

1