IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LITTLEOUCHIES COMPANY, ET AL. | CASE NO. 1:25-cv-02488 |
| Plaintiffs | JUDGE DONALD C. NUGENT |
| v. | |
| KATHERINE JOY FREDERICK, ET AL. | |
| Defendants | **MODIFIED AGREED ORDER AND PERMANENT INJUNCTION** |

\* \* \* \*

This matter came before the Court on the Parties Stipulated Motion to Modify the Agreed Order entered by this Court on November 20, 2025.

Upon due consideration thereof, this Court finds said Motion to be well taken, and it hereby is GRANTED.

IT IS HEREBY ORDERED that the Agreed Order entered on November 20, 2025, is modified as follows:

1. Paragraph 3 of the Agreed Order is hereby deleted in its entirety and is of no further effect.

2. Paragraph 4 of the Agreed Order is hereby deleted in its entirety and is of no further effect.

3. Except as otherwise expressly stated herein, every other provision of the November 20, 2025, Agreed Order remains in full force and effect and, as modified, is a permanent injunction order binding on Defendants and survives dismissal of this action.

**IT IS SO ORDERED.**

Dated: November 22, 2025

_____
Judge Donald C. Nugent

1