UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| LITTLEOUCHIES COMPANY, *et al.* ) | CASE NO. 1:25-cv-02488 |
| ) | |
| Plaintiffs, ) | JUDGE DONALD C. NUGENT |
| ) | |
| vs. ) | |
| ) | **STIPULATION OF DISMISSAL WITH** |
| KATHERINE JOY FREDERICK, *et al.* ) | **PREDJUDICE** |
| ) | |
| Defendants. ) | |

GRANTED: X  DENIED: ___
IT IS SO ORDERED.
/s/ [signature]
U.S. DISTRICT JUDGE
12/29/25

The parties have settled their disputes, and this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), the parties to bear their own attorney fees, expenses and costs incurred herein. The parties expressly agree that this Court shall retain jurisdiction over any action for breach or enforcement of their settlement agreement.

/s/ Deborah J. Michelson
Deborah J. Michelson (0059044)
michelson@buckleyking.com
David A. Kunselman (0073980)
kunselman@buckleyking.com
BUCKLEY KING, LPA
1400 Fifth Third Center
600 Superior Avenue East
Cleveland, OH 44114
(216) 363-1400
(216) 579-1020 (facsimile)
*Attorneys for Plaintiff Craig Butrick*

/s/ Jeffrey T. Kalniz
Jeffrey T. Kalniz (0067213)
jeff@kmlawohio.com
Peter Mehler (0075283)
pete@kmlawohio.com
KALNIZ MEHLER LTD.
P.O. Box 39074
Solon, OH 44139
(216) 401-8448 (*Kalniz Direct*)
(216) 577-0959 (*Mehler Direct*)
*Attorneys for Plaintiff LittleOuchies Company*

/s/ Rachelle Kuznicki Zidar
Matthew W. Nakon (0040497)
MNakon@WickensLaw.com
Rachelle Kuznicki Zidar (0066741)
RZidar@WickensLaw.com
Michael R. Nakon (0097003)
MRNakon@WickensLaw.com
WICKENS HERZER PANZA
35765 Chester Road
Avon, OH 44011-1262
(440) 695-8000 (Main)
(440) 695-8098 (Fax)

-and-

/s/ Paul M. Flannery
Paul M. Flannery (0091480)
paul@flannerygeorgalis.com
Flannery Georgalis, LLC
Keith Building
1621 Euclid Avenue, Floor 20
Cleveland, OH 44115-2114
Telephone: (216) 367-2120
*Attorneys for Defendants Katherine Joy Frederick, Lewis Smith and Logan Robinson*